# United States Court of Appeals
## For the First Circuit

No. 05-1230

MARC E. MANDEL,

Plaintiff, Appellee,

v.

THE BOSTON PHOENIX, INC., ET AL.,

Defendants, Appellants.

ERRATA

The amended opinion of this court issued on August 3, 2006, nunc pro tunc to July 12, 2006, is amended as follows:

On the cover sheet replace "July 11, 2006" with "July 12, 2006"